UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON ASTOR JONES, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:15-CV-4445-CAP |
| HOMER BRYSON, COMMISSIONER, Georgia Department of Corrections; and BRUCE CHATMAN, Warden, Georgia Diagnostic and Classification Prison.[1] | |
| Defendants. | |

## O R D E R

This action is before the court on the plaintiff's application for leave to proceed in forma pauperis ("IFP") [Doc. No. 2]. The plaintiff has submitted an affidavit of poverty and a statement from his prison account [Doc. No. 4].

---

[1] In the complaint, the plaintiff includes as defendants "Other Unknown Employees and Agents of the Georgia Department of Corrections." Compl. at 5 [Doc. No. 1]. However, "fictitious party practice is not permitted in federal court." *New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1094 (11th Cir. 1997). Moreover, the plaintiff asserts that all the defendants are being sued in their official capacity. Compl. at 5 [Doc. No. 1]. Suits against persons in their official capacity are actually suits against the governmental entity they represent. *Kentucky v. Graham*, 473 U.S. 159, 165 (1985). The plaintiff has already named an employee from the Georgia Department of Corrections; therefore, that entity is a party to the lawsuit. Naming additional employees and agents from the same governmental entity would be meaningless.

According to the prison official's certification, the plaintiff's inmate account has a $687.78 spendable balance.

Pursuant to 28 U.S.C. § 1915(a)(1), a court may allow the commencement of a civil action without prepayment of fees when the person is unable to pay such fees or give security therefore.  However, because the plaintiff has sufficient funds to pay the filing and administrative fees, which total $400.00, his application to proceed IFP [Doc. No. 2] is DENIED.  The plaintiff must submit the $400.00 filing and administrative fee to the Clerk of Court within 14 days from the entry date of this order.  Failure to pay the fee may result in dismissal of this action pursuant to Local Rule 41.3(A)(2).

**SO ORDERED** this 20th day of January, 2016.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge