IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10277-P

BRANDON ASTOR JONES,

                                              Plaintiff-Appellant,

versus

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON,
OTHER UNKNOWN EMPLOYEES AND AGENTS,

                                              Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

Brandon Astor Jones, a Georgia death-row prisoner, moves this Court for leave to proceed *in forma pauperis* ("IFP") in his appeal from the dismissal of his 42 U.S.C. § 1983 complaint challenging the constitutionality of Georgia's method of execution.  Under Fed. R. App. P. 24, "a party to a district-court action who desires to appeal in forma pauperis <u>must</u> file a motion in the district court." Fed. R. App. P. 24(a)(1) (emphasis added).

Prior to dismissing Jones's complaint, the district court denied him leave to proceed IFP before the district court because he did not establish that he was a pauper.  After the district court dismissed his complaint, Jones did not move for leave to proceed IFP on appeal, and the district court did not independently rule on whether he was entitled to proceed IFP on appeal.  Because the district court must rule in the first instance as to whether an appellant is entitled to proceed

IFP on appeal, the district court is hereby ORDERED to determine, within 24 hours of the issuance of this Order, whether Jones may proceed IFP on appeal. Jones's motion for leave to proceed IFP is HELD IN ABEYANCE pending receipt of the district court's ruling.

_____
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 25, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-10277-P
Case Style: Brandon Jones v. Commissioner, GA DOC, et al
District Court Docket No: 1:15-cv-04445-CAP

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Jan S. Camp
Phone #: (404) 335-6171

MOT-2 Notice of Court Action