# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 27, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-10277-P
Case Style: Brandon Jones v. Commissioner, GA DOC, et al
District Court Docket No: 1:15-cv-04445-CAP

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Jan S. Camp
Phone #: (404) 335-6171

MOT-2 Notice of Court Action

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 16-10277-P

BRANDON ASTOR JONES,

                                        Plaintiff - Appellant,

versus

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON,
OTHER UNKNOWN EMPLOYEES AND AGENTS,

                                        Defendants - Appellees.

On Appeal from the United States District Court for the
Northern District of Georgia

ORDER:

Appellant's Amended Motion to Proceed *In Forma Pauperis* is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE